UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————

JAZZ REINSURANCE COMPANY,

                  Plaintiff,          25-cv-1922 (JGK)

        - against -          ORDER

ANTONY MITCHELL,

                 Defendant.

———————————————————

JOHN G. KOELTL, District Judge:

    The defendant should file the motion to dismiss by **July 17, 2025.** The plaintiff should respond by **August 15, 2025.** The defendant may reply by **August 29, 2025.**

SO ORDERED.
Dated:    New York, New York
         June 26, 2025

                                  John G. Koeltl
                        United States District Judge