UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAZZ REINSURANCE COMPANY,

                  Plaintiff,

      - against -

ANTHONY MITCHELL,

                  Defendant.

---

25-cv-1922 (JGK)

ORDER

**John G. Koeltl, District Judge:**

The parties are directed to file a Rule 26(f) report by **June 10, 2026**.

SO ORDERED.

Dated:      New York, New York
             May 27, 2026

                          John G. Koeltl
                  United States District Judge