UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAZZ REINSURANCE COMPANY,

Plaintiff,

- against -

ANTONY MITCHELL,

Defendant.

25-cv-1922 (JGK)

**Order**

**John G. Koeltl, District Judge:**

As discussed during the telephone conference held on July 15, 2026, the defendant may file an amended answer with counterclaims on or before **July 24, 2026.** The plaintiff may move to dismiss by **August 20, 2026,** without seeking another premotion conference. If the plaintiff so moves, the defendant shall respond by **September 10, 2026**, and the plaintiff shall reply by **September 22, 2026**.

SO ORDERED.

Dated: New York, New York
July 16, 2026

John G. Koeltl
United States District Judge